# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and<br>ABBVIE RESPIRATORY LLC,<br><br>           Plaintiffs,<br><br>    v.<br><br>SANDOZ INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 11-1113-SLR-MPT<br>)  (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action without prejudice in its entirety, including, without limitation, all claims and counterclaims alleged by each party in this action.

It is further stipulated that each party shall bear its own costs and attorneys' fees.

Dated: September 11, 2014

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Mary B. Graham*<br>Mary B. Graham (No. 2256)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com | /s/ *Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Rodney Square<br>1000 North King St.<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com |
| *Attorneys for Plaintiffs Abbvie Inc. and Abbvie Respiratory LLC* | *Attorneys for Defendant Sandoz Inc.* |

01:15984725.1

    IT IS SO ORDERED, this ___ day of ____ 2014.

                                                                                                                                    _____
                                                                                                                                    The Honorable Sue L. Robinson
                                                                                                                                    U.S.D.J.